# IN THE SUPREME COURT OF TENNESSEE
## AT NASHVILLE
June 6, 2007 Session

## DOROTHY OWENS, as Conservator of MARY FRANCIS KING, an incapacitated person v. NATIONAL HEALTH CORPORATION ET AL.

### Circuit Court for Rutherford County
### No. 51377

---

### No. M2005-01272-SC-R11-CV - Filed February 7, 2008

---

## ORDER GRANTING IN PART AND DENYING IN PART
## APPELLEES' PETITION TO REHEAR

The appellees, NHC/OP, L.P., National Health Realty, Inc., NHC, Inc., a/k/a NHC, Inc., Tennessee, and National Health Corporation, have filed a petition to rehear the opinion of this Court filed on November 8, 2007. By order of January 4, 2008, appellant, Dorothy Owens, was ordered to file a response to the petition to rehear. Appellant's response was filed on January 16, 2008.

In their petition, the appellees allege that the Court improperly allowed discovery as to the principal's competence to sign the power of attorney.

Upon due consideration, the Court concludes that appellees' petition to rehear is well-taken as to this issue and should therefore be granted. The petition to rehear is denied as to the remainder of the issues.

It appearing to the Court from appellees' Petition to Rehear and appellant's response that footnote 4 of its Opinion filed November 8, 2007, should be modified,

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that the attached Opinion be and the same is hereby substituted for that Opinion filed in this cause on November 8, 2007, without change to this Court's judgment entered contemporaneously with the filing of the original Opinion on November 8, 2007, and without the further taxing of costs.

PER CURIAM